**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JUAN TORRES,

        Plaintiff,

v.                                                                                          Case No. 6:14-cv-792-Orl-37GJK

EFRAIN TORRES, SR.; and J. RIOS
ENTERPRISES, INC.,

        Defendant.

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss Without Prejudice (Doc. 27), filed July 14, 2015.

In a prior Order, the Court denied the parties' first Joint Motion to Dismiss this FLSA action (Doc. 25), and it granted the parties leave to seek dismissal of Plaintiff's claims *without prejudice* (Doc. 26, p. 6 ("Prior Order")). The parties sought such relief in a new Joint Motion to Dismiss, which they filed on July 14, 2015.[1] (*See* Doc. 27 ("Joint Motion").) In view of the parties' plain intention to resolve this action by dismissal without prejudice, and the fact that all the parties who have appeared in this action have signed the Joint Motion through counsel, the Court will construe the new Joint Motion as an effective stipulation of dismissal *without prejudice* pursuant to Rule 41(a)(1)(A)(ii). The Court again reminds the parties that any settlement they may have entered concerning Plaintiff's FLSA claims is *unenforceable* because the Court has not conducted a

---

[1] In the Prior Order, the Court noted that Federal Rule of Civil Procedure 41(a)(2) provides *no avenue* to avoid the fairness review that is required by *Lynn's Food Stores, Inc. v. U.S. Department of Labor*, 679 F.2d 1350 (11th Cir. 1982). (*See* Doc. 26, p. 4.) Thus, to the extent the new Joint Motion is premised on Rule 41(a)(2), it is due to be denied.

fairness review in accordance with *Lynn's Food.*

## CONCLUSION

It is hereby **ORDERED AND ADJUDGED** that:

1. The Joint Motion to Dismiss Without Prejudice (Doc. 25) is **GRANTED IN PART AND DENIED IN PART**.

    a. The Joint Motion (Doc. 27) is **GRANTED** in accordance with Rule 41(a)(1)(A)(ii).

    b. The Joint Motion (Doc. 27) is **DENIED** to the extent it seeks dismissal pursuant to Rule 41(a)(2).

2. This action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk of the Court is **DIRECTED** to cancel all pending deadlines and **CLOSE** this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 15, 2015.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record